HENRY DAY, RESPONDENT, *v.* CHRISTOPHER MOONEY AND OTHERS, APPELLANTS.

*Mortgage — merger of — Acceptance of deed — presumption as to.*

The merger of a mortgage, when the fee of the mortgaged premises is acquired by the mortgagee, does not take place when such is not the intention of the parties to the transaction out of which it is claimed to arise. *

An acceptance of a deed will not be presumed from its being made and recorded by others, without the sanction of the grantee. †

APPEAL from a judgment in favor of plaintiff, entered on the report of a referee, in an action brought for the foreclosure of a mortgage.

——————, for the appellants.

*Daniel Lord, Jr.*, for the respondent.

Opinion by GILBERT, J.

Present — GILBERT and TAPPEN, JJ.

Judgment affirmed, with costs.

* Clift v. White, 12 N. Y., 519; Morris v. Whitcher, 20 id., 41; Millspaugh v. McBride, 7 Paige, 509; Skeel v. Spraker, 8 id., 182.

† Chouteau v. Suydam, 21 N. Y., 182; Fonda v. Sage, 48 id., 174; Wilsey v. Dennis, 44 Barb., 355.